UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JANE DOE (D.M.),

    Plaintiff,

v.                                    Case No.: 3:23-cv-1310-WWB-JBT

CROWLEY MARITIME
CORPORATION, CROWLEY
GOVERNMENT SERVICES,
SEAFARERS HARRY LUNDEBERG
SCHOOL OF SEAMANSHIP,
SEAFARERS INTERNATIONAL
UNION, ATLANTIC, GULF, LAKES
AND INLAND WATERS, AFL-CIO, and
UNITED STATES OF AMERICA,

    Defendants.

## ORDER

THIS CAUSE is before the Court on the Case Management Report filed by the parties (Doc. 24). The report indicates that the parties have not yet agreed on a mediator. Therefore, the parties are directed to confer, and then advise the Court, on the selection of a mediator, on or before **February 26, 2024**.

**DONE** and **ORDERED** in Jacksonville, Florida on January 24, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Page **1** of **2**

2

Copies furnished to:

Counsel of Record
Unrepresented Parties