UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JANE DOE (D.M),

    Plaintiff,

CASE NO:   3:23-cv-01310-TJC-JBT

v.

CROWLEY MARITIME CORPORATION,
CROWLEY GOVERNMENT SERVICES,
SEAFARERS HARRY LUNDEBERG
SCHOOL OF SEAMANSHIP, SEAFARERS
INTERNATIONAL UNION, ATLANTIC,
GULF, LAKES and INLAND WATERS,
AFL-CIO,

    Defendants.
_____/

## DECLARATION OF JOHN TRONTI

I, John Tronti, pursuant to the provisions of 28 U.S.C. § 1746, hereby declare as follows:

1.   I am over the age of eighteen.  The facts stated in this Declaration are true of my personal knowledge, and I could and would competently testify thereto if called upon to do so.

2.   I am currently employed by Crowley as Managing Director for Crowley Government Maritime Solutions Inc.  I have been employed by Crowley since 2006.

3.   As the Managing Director, I am responsible for the total conduct of the Bobo/Stockham class Maritime Prepositioning Contract that Crowley holds with the Military Sealift Command and all of the contract's operations, maintenance, training

as well as other support of the six (6) vessel fleet. The six (6) vessel fleet that I manage includes USNS BOBO.

4. The USNS BOBO has been located in Norfolk, Virginia, since March 10, 2023 and remains in Norfolk, Virginia, as of the date of this Declaration. Accordingly, on November 3, 2023, the USNS BOBO was in Norfolk, Virginia.

5. Specifically, the USNS BOBO was docked at River Port LLC on November 3, 2023. River Port LLC is located at 1201 Terminal Ave, Newport News, VA 23607.

6. The USNS BOBO was and remains stationed in Norfolk, Virginia, pursuant to orders from the Military Sealift Command.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 14, 2024, in  Saint Johns County,  Florida            .

_____
JOHN TRONTI