UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
IN ADMIRALTY
JACKSONVILLE DIVISION

CASE NO. 3:23-cv-01310-WWB-JBT

JANE DOE (D.M.)

    Plaintiff,

v.

CROWLEY MARITIME CORPORATION,
CROWLEY GOVERNMENT SERVICES,
SEAFARERS HARRY LUNDEBERG SCHOOL
OF SEAMANSHIP, SEAFARERS INTERNATIONAL
UNION, ATLANTIC, GULF, LAKES and
INLAND WATERS, AFL-CIO,

    Defendants,

_____/

## **STIPULATION OF DISMISSAL *WITHOUT* PREJUDICE**

COMES NOW, the Parties, by and their undersigned counsel, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), and file their Stipulation of Dismissal Without prejudice. The Plaintiff reserves the right to refile this matter.

    Respectfully submitted,

| | |
|---|---|
| /s/ *Carol L. Finklehoffe* | /s/ *Kelly DeGance* |
| Carol L. Finklehoffe | Kelly DeGance |
| Florida Bar No. 0015903 | Florida Bar No. 0606022 |
| E-mail: cfinklehoffe@gmail.com | E-mail: kelly.degance@adblegal.com |
| LIPCON, MARGULIES & | Samantha Giudici Berdecia |
| WINKLEMAN, PA | Florida Bar No. 0058667 |
| 2800 Ponce De Leon Blvd, Suite 1480 | E-mail: samantha.giudici@adblegal.com |

| | |
|---|---|
| Coral Gables, FL, 33134 | E-mail: mailbox@adblegal.com |
| Tel: (305) 373-3016 | 1500 Riverside Avenue |
| Fax: (305) 373-6204 | Jacksonville, FL 32204 |
| Dated: 1/8/2024 | Tel: (904) 345-3277 |
| *Counsel for Plaintiff* | Fax: (904) 945-32941/5/2024 |
| | Dated 1/8/2024 |

*Counsel for Crowley Maritime Corporation and Crowley Government Services, Inc.*

*/s/ D. Marcus Braswell, Jr.*
D. Marcus Braswell, Lead Counsel
SUGARMAN SUSSKIND,
BRASWELL & HERRERA, P.A.
150 Alhambra Circle, Suite 725
Coral Gables, FL  33134
Tel:    305-529-2801
Fax:    305-447-8115
mbraswell@sugarmansusskind.com
*Counsel for SIU and SLHSS*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on March 11, 2024. I also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By:    */s/ Carol L. Finklehoffe*
          CAROL L. FINKLEHOFFE

## SERVICE LIST
*Jane Doe (D.M.) v. Crowley et. al.*
Case no.: 3:23-cv-01310-TJC-JBT

| | |
|---|---|
| **Jason R. Margulies, Esq.**<br>Fla. Bar. No. 36719<br>Email: jmargulies@lipcon.com<br>**Carol L. Finklehoffe, Esq.**<br>Fla. Bar. No.: 0015903<br>Email: cfinklehoffe@lipcon.com<br>LIPCON, MARGULIES, ALSINA &<br>WINKLEMAN, P.A.<br>One Biscayne Tower, Suite 1776<br>Miami, Florida 33131<br>Telephone: (305) 373-3016<br>Facsimile: (305) 373- 6204<br>*Attorneys for Plaintiff* | **D. Marcus Braswell, Jr.**<br>Fla. Bar No. 146160<br>Email:<br>mbraswell@sugarmansusskind.com<br>SUGARMAN, SUSSKIND,<br>BRASWELL<br>& HERRERA, P.A.<br>150 Alhambra Circle, Suite 725<br>Coral Gables, Florida 33134<br>Tel.: (305) 529-2801<br>Fax: (305) 447-8115<br>*Attorneys for Defendant Seafarers Harry Lundeberg School of Seamanship and Seafarers International Union,  Atlantic, Gulf, Lakes and Inland Waters, AFL-CIO* |
| | **Kelly DeGance**<br>Florida Bar No. 0606022<br>E-mail: kelly.degance@adblegal.com<br>**Samantha Giudici Berdecia**<br>Florida Bar No. 0058667<br>E-mail: samantha.giudici@adblegal.com<br>E-mail: mailbox@adblegal.com<br>ALEXANDER DEGANCE<br>BARNETT, P.A.<br>1500 Riverside Avenue<br>Jacksonville, FL 32204<br>(904) 345-3277 Telephone<br>(904) 345-3294 Facsimile<br>*Attorneys for Defendants' Crowley Maritime Corporation & Crowley Government Services, Inc.* |