**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JANE DOE (D.M.),

      Plaintiff,

v.                                                      Case No.: 3:23-cv-1310-WWB-JBT

CROWLEY MARITIME
CORPORATION, CROWLEY
GOVERNMENT SERVICES,
SEAFARERS HARRY LUNDEBERG
SCHOOL OF SEAMANSHIP,
SEAFARERS INTERNATIONAL
UNION, ATLANTIC, GULF, LAKES
AND INLAND WATERS, AFL-CIO and
UNITED STATES OF AMERICA,

      Defendants.

## ORDER

THIS CAUSE is before the Court on the parties' Stipulation of Dismissal Without Prejudice (Doc. 45), filed March 11, 2024. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Jacksonville, Florida on March 12, 2024.

*[Signature]*
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record